1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
6       Fax: (415) 436-6748
        Victoria.Carradero@usdoj.gov
7
   Attorneys for Defendant United States of America
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11

12 | FARMERS INS. EXCHANGE,           )  CASE NO. C 13-3148 JSC
                                      )
13 |        Plaintiff,                )  [PROPOSED] ORDER ON ADMINISTRATIVE
                                      )  MOTION TO CONSIDER WHETHER CASE
14 |    v.                            )  NOS. 13-CV-3148 JSC AND 13-CV-3444 WHO
                                      )  SHOULD BE RELATED -
15 | UNITED STATES OF AMERICA         )  Civil Local Rules 3-12(b), 7-11
                                      )
16 |        Defendant.                )
                                      )

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] Order on Motion to Relate Case
Case No. C 13-3148 JSC

On October 21, 2013, Federal Defendant United States of America submitted an administrative motion to relate and consolidate the instant subrogation action at Case No. 13-3148 JSC with the tort action filed in this court at Case No. 13-3444 WHO.  Both of these actions are brought pursuant to the Federal Tort Claims Act ("FTCA") and arise out of the same car accident involving a federal employee that occurred on December 16, 2011 in Sonoma, California.  As the actions concern substantially the same parties, property, transaction or event and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges, the Court hereby grants the motion, relates Case Nos. 13-3148 JSC and Case No. 13-3444 WHO, and assigns the matter to _____.

## I.     Factual background

On July 9, 2013, Plaintiff Farmers Insurance Exchange ("Farmers Insurance") filed a subrogation action in this court against the United States for a car accident involving an employee of the Federal Aviation Administration ("FAA") and Plaintiff's insured, Catherine Jane Vivers, that took place on December 16, 2011 in Sonoma, California.  *See* Declaration of Victoria R. Carradero ("Carradero Decl.,"), Ex. A, Complaint (also at Dkt No. 1), ¶ 3, 6.  The matter was assigned to Magistrate Judge Corley.  Dkt No. 2.  Plaintiff brings the action pursuant to the FTCA.  Ex. A, Complaint, ¶ 3.  Plaintiff alleges that it provided insurance coverage to its insured, Ms. Vivers, for her 2006 BMW 3301I, License No. VIVERS4.  *Id*., ¶ 4.  Plaintiff further alleges that the United States was the owner of a 2007 Chevrolet Suburban, License No. 6HAL083 and was negligent in causing an accident to occur with Ms. Viver's car, for which Plaintiff Farmers Insurance seeks $6,658.67 in reimbursement for payment it claims to have made to Ms. Vivers for property damage.  *Id*., ¶¶ 5-8.

On July 25, 2013, Catherine Vivers filed an FTCA action in this court, Case No. 13-3444, against the FAA and the individual FAA employee James Patrick Doster[1] over the same December 16, 2011 car accident.[2]  Carradero Decl., Ex. B, Complaint in Case No. 13-3444 (also at Dkt No. 1 in that

---

[1] Plaintiff Vivers incorrectly spelled the individual defendant's name as Foster and subsequently filed an amended complaint.  *See* Dkt No. 8.

[2] As this action is alleged to be brought pursuant to the FTCA (*see* Carradero Decl., Ex. B, Complaint, ¶ 5), the only proper defendant in such an action is the United States of America.  *Kennedy v. United States Postal Service*, 145 F. 3d 1077, 1078 (9th Cir. 1998); *see also McAllister v. United* (continued on next page)

[Proposed] Order on Motion to Relate Case      - 1 -
Case No. C 13-3148 JSC

action). The matter was originally assigned to Magistrate Judge Corley.[3] Dkt No. 2. Plaintiff Vivers alleges that defendants were negligent in the causing of the car accident on December 16, 2011. Ex. B, Complaint, ¶¶ 7-9. Plaintiff Vivers claims property damage to her vehicle and other unspecified personal property, as well as unspecified personal injury. *Id.*, ¶¶ 11-14.

**II.     The two actions satisfy the criteria to relate cases pursuant to Civil Local Rule 3-12**

Pursuant to Civil Local Rule 3-12, an action is related to another when:

(1)  The actions concern substantially the same parties, property, transaction or event; and

(2)  It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

These elements are both met here.

Both actions concern substantially the same:

- parties: Farmers Insurance and its insured, Ms. Vivers, as the plaintiffs and the United States of America as a defendant.  (In an FTCA action, the only proper defendant is the United States, *see* fn 2);

- property:  that property alleged to be owned by the federal government involved in the subject accident, as well as the property alleged to be insured by Plaintiff Farmers and owned by Plaintiff Vivers; and

- event:  the car accident on December 16, 2011 in Sonoma, California between the FAA employee, Mr. Doster, and Ms. Vivers.

*See* Carradero Decl., Exs. A and B.

Given the identical nature of the parties, property and December 16, 2011 event at issue in both actions, as well as because the actions involve the same witnesses (Mr. Doster and Ms. Vivers) and seek in part overlapping damages (property), it appears likely that there will be an unduly burdensome

---

(footnote continued from previous page)
*States*, No C-11-03858 MEJ, 2013 U.S. Dist. LEXIS 82067 at *4-9 (N.D. Cal., June 10, 2013) (dismissing improperly named defendants in FTCA action) and cases cited therein.

[3] Plaintiff Vivers declined to consent to a magistrate and the matter was reassigned to a district court judge. Dkt Nos. 5, 7.

[Proposed] Order on Motion to Relate Case        - 2 -
Case No. C 13-3148 JSC

1 duplication of labor and expense if the cases are not related.  To promote judicial economy and
2 efficiency, preserve the resources of the parties, and to minimize any chance for inconsistent results
3 were the actions to remain before two separate judges, the actions are deemed related and consolidated
4 and assigned to one judge.

**III.    Conclusion**

For the foregoing reasons, the Court hereby grants the government's motion to relate and consolidate Case Nos. 13-3148 JSC and 13-3444 WHO.  The matter is assigned to _____.

Dated: October 31, 2013    _____ Jacqueline S. Corley _____
                              Jacqueline Scott Corley, Magistrate Judge

[Proposed] Order on Motion to Relate Case       - 3 -
Case No. C 13-3148 JSC