1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
6      Fax: (415) 436-6748
       Victoria.Carradero@usdoj.gov
7
   Attorneys for the United States of America
8
   W. Christian Krankemann (CABN 220438)
9  Jon A.C. Vonder Haar (CABN 192665)
   Krankemann Law Offices
10
       375 E Street, Suite 120
11     Santa Rosa, CA 95404
       Telephone: (707) 524-2200
12     Fax: (866) 858-0100
       Email: jvh@krankemann.com
13            wck@krankemann.com

14 Attorneys for Plaintiff Catherine Vivers

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

19 CATHERINE VIVERS,                    )   CASE NO. 13-3444 SC
                                        )
20      Plaintiff,                      )   **STIPULATION AND [~~PROPOSED~~]**
                                        )   **ORDER TO CONTINUE CASE**
21    v.                                )   **MANAGEMENT CONFERENCE**
                                        )
22 UNITED STATES OF AMERICA,            )
                                        )
23      Defendant.                      )
   _____ )
24

25

26

27

28

STIP AND [PROPOSED] ORDER TO CONTINUE CMC    - 1 -
Case No. C 13-3444 SC

Plaintiff Catherine Vivers and the United States of America, by and through their undersigned attorneys, hereby stipulate as follows.

The parties have a Case Management Conference ("CMC") scheduled for February 21, 2014 with a CMC statement due February 14, 2014. Defendant's counsel is out of the office due to a family emergency. Accordingly, the parties stipulate and request that the Court grant a brief two week continuance with the CMC statement due February 28, 2014 and the CMC conference on March 7, 2014.

**SO STIPULATED.**

Respectfully submitted,

KRANKEMANN LAW OFFICES

DATED: February 13, 2014   _____/S/_____
 JON A.C. VONDER HAAR
Attorneys for Plaintiff

MELINDA L. HAAG
United States Attorney

DATED: February 13, 2014   _____/S/_____
VICTORIA R. CARRADERO
Assistant United States Attorney
Attorneys for the United States of America

*I, Victoria R. Carradero, attest that I have obtained concurrence in the filing of this document from Plaintiff's counsel, Mr. Vonder Haar.

_____/s/_____
VICTORIA R. CARRADERO
Assistant United States Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  02/14/2014   _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE



STIP AND [PROPOSED] ORDER TO CONTINUE CMC   - 2 -
Case No. C 13-3444 SC