UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CATHERINE VIVERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____/ | No. C 13-3444 SC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　September 9, 2014<br>Mediator:　William Faulkner |

　　　IT IS HEREBY ORDERED that the request to excuse defendant United States of America's agency representative from appearing in person at the September 9, 2014, mediation beforeWilliam Faulkner is GRANTED.  The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

August 26, 2014　　　　　　　By:　　　_____
Dated　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge