BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MICHELLE LO (NY Bar No. 4325163)
Assistant United States Attorney
ROBIN M. WALL (CSBN 235690)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7180
    Facsimile:  (415) 436-6748
    Email:  Michelle.Lo@usdoj.gov

Attorneys for the United States of America

W. CHRISTIAN KRANKEMANN (CABN 220438)
Krankemann Petersen LLP
    375 E Street, Suite 120
    Santa Rosa, California 95404
    Telephone: (707) 524-2200
    Facsimile:  (866) 858-0100
    Email:  wck@krankemann.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHERINE VIVERS,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 13-3444 SC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL CASE MANAGEMENT DATES AND [~~PROPOSED~~] ORDER** |

1  Please take notice that the parties, Plaintiff, Catherine Vivers, and Defendant, United
2  States of America, have reached a settlement of all claims in this case. The parties are finalizing
3  their written agreement and will be filing their settlement agreement and stipulation of dismissal
4  with the Court shortly. Subject to the approval of the Court, the parties hereby stipulate that all
5  case management dates and deadlines, including the pretrial conference scheduled on September
6  16, 2015, and the trial date of September 21, 2015, are vacated.

7  DATED: September 15, 2015                Respectfully submitted,

8                                           BRIAN J. STRETCH
                                            Acting United States Attorney
9
                                             /s/ *Michelle Lo*
10                                          Michelle Lo
                                            Robin M. Wall
11                                          Assistant United States Attorneys
                                            Attorneys for the United States of
12                                          America

13  DATED: September 15, 2015                KRANKEMANN PETERSEN LLP
14
                                             /s/ *W. Christian Krankemann*
15                                          W. Christian Krankemann
                                            Attorneys for Plaintiff
16

17

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** All case management dates and
19  deadlines, including the pretrial conference scheduled on September 16, 2015, and the trial date
20  of September 21, 2015, are vacated.

21

22  DATE: 09/15/2015
                                            _____
23                                          Hon. S.
                                            United                    [Judge Samuel Conti]
24

25

26

27

28

NOTICE OF SETTLEMENT & STIP. TO VACATE ALL CASE MANAGEMENT DATES & [PROPOSED] ORDER
C 13-03444 SC

1